FILED'05 JUL 28 11:53USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK STEFFENSEN,<br><br>                              Petitioner,<br><br>v.<br><br>CHARLES DANIELS,<br><br>                              Respondent. | Civil No. 04-1709-CO<br>Lead Case<br><br>Civil No. 04-1787-CO<br>Consolidated<br><br>ORDER |

      Magistrate Judge Cooney filed his Findings and Recommendation on June 30, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

      Dated this 28 day of July, 2005.

                                                          Ann Aiken, United States District Judge